UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MARTINKA,

                Plaintiff,

-against-                            **ORDER**

FIRST MEDIA POWER GROUP LLC,      23 Civ. 1061 (PGG)

                Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint in this copyright case was filed on February 8, 2023. (Cmplt. (Dkt. No. 1)) Defendant was served on February 13, 2023. (Dkt. No. 10) The Clerk of Court issued a Certificate of Default on March 16, 2023. (Dkt. No. 13) To date, Defendant has not responded to the Complaint.

      Accordingly, by **April 24, 2023**, Plaintiff will move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute. Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated:  New York, New York
          April 11, 2023

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge