# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MARTINKA,

                      Plaintiff,                    Civil Action No.: 1:23-cv-01061

-against-

                                              AFFIDAVIT OF SERVICE

FIRST MEDIA POWER GROUP LLC,

                      Defendants.

State of New York)
              SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 13th day of February, 2023 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action, Complaint, Civil Cover Sheet, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright and Notice of Pretrial Conference on **FIRST MEDIA POWER GROUP LLC** by delivering and leaving with Sue Zouky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 64 years of age, stands 5 feet 3 inches tall, weight approximately 130 pounds with grey hair.

Sworn to before me this 13th day of
February, 2023

*Ann M. Malone*
Ann M. Malone
Notary Public, State of New York
Qualified in Albany County
No. 01MA6410748
Commission Expires November 02, 2024

                                                                               Jeffrey Teitel