# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MARTINKA

                Plaintiff,

- against -

FIRST MEDIA POWER GROUP LLC

                Defendant.

Docket No. 1:23-cv-1061-PGG

## CLERK'S CERTIFICATE OF DEFAULT

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 8, 2023 with the filing of a summons and complaint. On February 13, 2023, a copy of the summons and complaint was served on defendant First Media Power Group LLC ("Defendant") by personally serving Sue Zouky, a clerk in the office of the Secretary of State of New York. Proof of service was therefore filed on February 13, 2023. [Dkt. No. 10] I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant is hereby noted.

Dated: New York, NY

    March 16 , 2023

                                    RUBY J. KRAJICK
                                    Clerk of Court

                    By:   *K. Mango*
                                    Deputy Clerk