# EXHIBIT D

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-248-219

**Effective Date of Registration:**
March 22, 2021
**Registration Decision Date:**
April 22, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 01, 2021 to March 18, 2021

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Paul Martinka |
| **Number of Photographs in Group:** | 153 |
| • **Individual Photographs:** | 1.1.21 Maya Wiley.Martinka.jpg, 1.1.21 polar bear swim.Martinka.jpg, 1.1.21 polar bear swim10.Martinka.jpg, 1.1.21 polar bear swim2.Martinka.jpg, 1.1.21 polar bear swim3.Martinka.jpg, 1.1.21 polar bear swim4.Martinka.jpg, 1.1.21 polar bear swim5.Martinka.jpg, 1.1.21 polar bear swim6.Martinka.jpg, 1.1.21 polar bear swim7.Martinka.jpg, 1.1.21 polar bear swim8.Martinka.jpg, 1.1.21 polar bear swim9.Martinka.jpg, 1.1.21 shell casings.Martinka.jpg, 1.14.21 street-vendor-rally-file.Martinka .jpg, 1.15.21 nypd officers.Martinka.jpg, 1.18.21 Manhttan protest.Martinka.jpg, 1.18.21 Manhttan protest2.Martinka.jpg, 1.18.21 Manhttan protest3.Martinka.jpg, 1.18.21 Manhttan protest4.Martinka.jpg, 1.18.21 Manhttan protest5.Martinka.jpg, 1.19.21 city-hall-protest-clash.3Martinka.jpg, 1.19.21 city-hall-protest-clash.Martinka.jpg, 1.19.21 city-hall-protest-clash2.Martinka.jpg, 1.19.21 city-hall-protest-clash4.Martinka.jpg, 1.19.21 city-hall-protest-clash5.Martinka.jpg, 1.19.21 Ground Zero 9-11 anniversary.Martinka.jpeg, 1.2.21 ParCare CEO.Martinka.jpg, 1.21.21 nypd73precinct.Martinka.jpg, 1.22.21 woodson houses police.Martinka.jpg, 1.26.21 Gowanus Canal.Martinka.jpg, 1.26.21 Gowanus Canal2.Martinka.jpg, 1.26.21 Gowanus Canal3.Martinka.jpg, 1.26.21 Gowanus Canal4.Martinka.jpg, 1.28.21 brooklyn bridge traffic.Martinka.jpg, 1.31.21 Borough Hall.Martinka.jpg, 1.5.21 Hunter-Mountain-covid.Martinka.jpg, 1.5.21 Hunter-Mountain-covid2.Martinka.jpg, 1.5.21. Fishermen dead body Brooklyn.Martinka.jpg, 1.5.21. Fishermen dead body Brooklyn2.Martinka.jpg, 1.5.21. Fishermen dead body Brooklyn3.Martinka.jpg, 1.5.21. Fishermen dead body Brooklyn4.Martinka.jpg, 1.5.21. Fishermen dead body Brooklyn5.Martinka.jpg, 1.6.21 Khari Covington.Martinka.jpeg, 1.6.21 priest-attack-church.Martinka.jpg, 1.7.21 khari-covington bail 100k.Martinka.jpg, 1.9.21 FDNY-1.Martinka.jpg, 1.9.21 FDNY-2.Martinka.jpg, |
| **Published:** | January 2021 |
| • **Individual Photographs:** | 2.1.21 church ave station.Martinka.jpg, 2.1.21 Elijah Stacks.Martinka.jpg, 2.1.21 Emmy.Martinka.jpg, 2.1.21 jogger.Martinka.jpg, 2.1.21 Snow storm NYC.Martinka.jpg, 2.1.21 winter storm.Martinka.jpg, 2.1.21 winter storm2.Martinka.jpg, 2.1.21 winter storm3.Martinka.jpg, 2.1.21 winter |

storm4.Martinka.jpg, 2.11.21 Indoor dining.Martinka.jpg, 2.11.21 Indoor dining2.Martinka.jpg, 2.11.21 Indoor dining3.Martinka.jpg, 2.11.21 Indoor dining4.Martinka.jpg, 2.11.21 Indoor dining5.Martinka.jpg, 2.11.21 Justin Brannan.Martinka.jpg, 2.11.21 Maria's Bistro Mexicano.Martinka.jpg, 2.12.21 Cuomo press.Martinka.jpg, 2.14.21 Melissa DeRosa.Martinka.jpg, 2.15.21 Melissa DeRosa.Martinka.jpg, 2.16.21 Metropolitan Detention Center.Martinka.jpg, 2.16.21 Winston Roberts.Martinka.jpg, 2.16.21 Winston Roberts2.Martinka.jpg, 2.17.21 Winston Roberts.Martinka.jpg, 2.17.21 Wonder Wheel.Martinka.jpg, 2.18.21 Baby dumpster.Martinka.jpg, 2.18.21 child-found-in-dumpster.Martinka.jpg, 2.18.21 Coney island.Martinka.jpg, 2.18.21 dumpster.Martinka.jpg, 2.18.21 Winston Roberts.Martinka.jpg, 2.19.21 baby dumpster.Martinka.jpg, 2.19.21 Brooklyn R train.Martinka.jpg, 2.19.21 Snow Nyc.Martinka.jpg, 2.2.21 snow.Martinka.jpg, 2.2.21 snow2.Martinka.jpg, 2.2.21 snow3.Martinka.jpg, 2.20.21 Chirlane McCray.Martinka .jpg, 2.20.21 De Blasio.Martinka .jpg, 2.22.21 coney island park.Martinka.jpg, 2.22.21 DeRosa.Martinka.jpg, 2.23.21 covid vaccine.Martinka.jpg,

**Published:**       February 2021

- **Individual Photographs:**       2.23.21 MTA Covid Vaccination.Martinka.jpg, 2.23.21 MTA Covid Vaccination2.Martinka.jpg, 2.23.21 MTA Covid Vaccination3.Martinka.jpg, 2.24.21 brooklyn child struck.Martinka.jpg, 2.24.21 brooklyn child struck2.Martinka.jpg, 2.26.21 75 PCT.Martinka.jpg, 2.26.21 Richard Carranza.Martinka.jpg, 2.27 Maya Wiley.Martinka.jpg, 2.5.21 Pete Hamill Way.Martinka.jpg, 2.5.21 Pete Hamill Way2.Martinka.jpg, 2.5.21 Pete Hamill Way3.Martinka.jpg, 2.5.21 snowman.Martinka.jpg, 2.6.21 mail man snow.Martinka.jpg, 2.6.21 New Utrecht HS.Martinka.jpg, 2.7.21 Election NYC.Martinka.jpg, 2.8.21 nyc snow.Martinka.jpg, 2.9.21 nypd mta.Martinka.jpg,

**Published:**       February 2021

- **Individual Photographs:**       3.1.21 deBlasio construction.Martinka.jpg, 3.10.21 crime scene Queens.Martinka.jpg, 3.10.21 crime scene Queens2.Martinka.jpg, 3.10.21 crime scene Queens3.Martinka.jpg, 3.10.21 crime scene Queens4.Martinka.jpg, 3.11.21 MTA Sarah Feinberg.Martinka .jpeg, 3.11.21 subway snow.Martinka.jpeg, 3.13.21 Brownsville scene.Martinka.jpeg, 3.13.21 Brownsville scene2.Martinka.jpeg, 3.13.21 Brownsville scene3.Martinka.jpeg, 3.13.21 Brownsville scene4.Martinka.jpeg, 3.13.21 Brownsville scene5.Martinka.jpeg, 3.15.21 Destini Smothers murder.Martinka.jpeg, 3.15.21 Destini Smothers murder2.Martinka.jpeg, 3.15.21 Destini Smothers murder3.Martinka.jpeg, 3.15.21 Destini Smothers murder4.Martinka.jpeg, 3.15.21 NYCHA building.Martinka.jpeg, 3.16.21 nypd.Martinka.jpeg, 3.17.21 F Train.Martinka.jpeg, 3.17.21 Police 3 line.Martinka.jpeg, 3.17.21 The Retro Fitness Park Slope.Martinka.jpeg, 3.17.21 woman struck by subway.Martinka.jpeg, 3.17.21 woman struck by subway2.Martinka.jpeg, 3.18.21 F train2.Martinka.jpeg, 3.18.21 Queens stabbing.Martinka.jpeg, 3.3.21 Pierre Jean.Martinka.jpg, 3.4.21 Jacob Daskal.Martinka.jpg, 3.5.21 elevator death.Martinka.jpg, 3.5.21 elevator death2.Martinka.jpg, 3.5.21 elevator death3.Martinka.jpg, 3.5.21 elevator death4.Martinka.jpg, 3.5.21 NYC DA.Martinka.jpg, 3.5.21 taxi protest.2Martinka.jpg, 3.5.21 taxi protest.Martinka.jpg, 3.5.21 taxi protest3.Martinka.jpg, 3.5.21 taxi protest4.Martinka.jpg, 3.6.21 Cuomo Liar.Martinka.jpg, 3.6.21 Cuomo Liar2.Martinka.jpg, 3.6.21 Cuomo Liar3.Martinka.jpg, 3.6.21 Cuomo smirk.Martinka.jpg, 3.6.21 Cuomo.Martinka.jpg, 3.7.21 Cuomo 2.Martinka.jpg, 3.7.21 Cuomo.Martinka.jpg, 3.7.21 nice weather.Martinka.jpg, 3.9.21 brooklyn man fire.Martinka.jpg, 3.9.21 brooklyn man fire2.Martinka.jpg, 3.9.21 brooklyn man fire3.Martinka.jpg, 3.9.21 brooklyn man fire4.Martinka.jpg, 3.9.21 brooklyn man fire5.Martinka.jpg, 3.9.21



|  | Traffic.Martinka.jpg, |
|---|---|
| **Published:** | March 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 01, 2021 |
| **Latest Publication Date in Group:** | March 18, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Paul Martinka |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Paul Martinka |
| | 70 Dahill Road, #3H, Brooklyn, NY, 11218, United States |

## Certification

| | |
|---|---|
| **Name:** | Donna Halperin |
| **Date:** | March 22, 2021 |

---

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**   VA0002248219
**Service Request #:**   1-10289926508



Donna Halperin
1333A North Avenue
Suite 762
New Rochelle, NY 10804 United States