UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL MARTINKA,<br><br>      *Plaintiff,*<br><br>- against -<br><br>FIRST MEDIA POWER GROUP LLC<br><br>      *Defendant*. | Docket No. 1:23-cv-01061-PGG<br><br>NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i)) |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Paul Martinka by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant First Media Power Group LLC each party to bear its own costs, expenses and attorney's fees.

Dated: July 12, 2023
    Uniondale, New York

            SANDERS LAW GROUP

            By: /s/James H. Freeman/
              James H. Freeman
              333 Earle Ovington Blvd., Ste. 402
              Uniondale, New York 11553
              Telephone: (516) 203-7660
              Jfreeman@sanderslaw.group

            *Attorneys for Plaintiff*